**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**STATESBORO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )          CR625-015 |
| | ) |
| ISAIAH JAIMES | ) |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Kurtis C. Bronston** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Kurtis C. Bronston** be granted leave of absence for the following periods:  July 14, 2026 through July 17, 2026; July 27, 2026 through July 31, 2026; and August 13, 2026 through August 14, 2026.

**SO ORDERED**, this the ___8th___ day of June, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA